GEORGE H. PRESTON et al., Appellants, *v.* JOHN C. HOWK, as Executor of JULIA A. FREER, Deceased, et al., Respondents.

*Preston* v. *Howk,* 3 App. Div. 43, affirmed.
(Submitted June 23, 1897; decided October 19, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 3, 1896, which affirmed a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term, and also affirmed an order of Special Term granting an additional allowance of costs.

*W. Martin Jones* for appellants.

*H. R. Durfee* for respondent Howk.

*S. B. M'Intyre* for trustees of Presbyterian church, respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent, HAIGHT, J., dissenting, and VANN, J., not voting.